UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE

KJM CAPITAL TRANSPORTATION                 Case No 6:19-bk-6302-CCJ
FUND, LCC, et al.,                         Chapter 11

       Debtors                             Jointly Administered[1]

_____/

**APPLICABLE DEBTORS**:
GANTT TRUCKING, LLC                        Case No. 6:19-bk-6303-CCJ
INTERIDE TRANSPORT, LC                     Case No. 6:19-bk-6306-CCJ
SUNCO TRUCKING, LLC                        Case No. 6:19-bk-6308-CCJ

_____/

**MERCEDES-BENZ FINANCIAL SERVICES USA LLC AND DAIMLER TRUST'S
MOTION FOR RELIEF FROM STAY, OR,
IN THE ALTERNATIVE, ADEQUATE PROTECTION**

      Mercedes-Benz Financial Services USA LLC and Daimler Trust (collectively, "MBFS"),

file their *Motion for Relief from Stay, or, in the Alternative Adequate Protection* (the "Motion"),

and state as follows:

**INTRODUCTION**

      1.    MBFS financed Gantt Trucking, LLC and Interide Transport, LLC's purchase of

certain rolling stock and equipment (collectively the "Equipment Collateral") and leased other

rolling stock and equipment (the "Leased Equipment") to Gantt Trucking, LLC, Interide Transport,

LLC, and Sunco Trucking, LLC (collectively, "Debtors") under the Notes and Security

Agreements and Lease Agreements (collectively, the "Loan and Lease Agreements") described in

paragraph 6 below.

---

[1]    Jointly Administered Cases:  KJM Capital Transportation Fund, LLC, Case No. 6:19-bk-6302-CCJ; Gantt Trucking, LLC, Case No. 6:19-bk-6303-CCJ; Interide Transport, LC, Case No. 6:19-bk-6306-CCJ; Sunco Trucking, LLC, Case No. 6:19-bk-6308-CCJ; Cold Carrier Logistics, LLC, Case No. 6:19-bk-6312-CCJ; Gantt Holdings, LLC, Case No. 6:19-bk-6313-CCJ; and Watkins Refrigerated, LLC, Case No. 6:19-bk-6314-CCJ.

2.      As of the Petition Date, Debtors were indebted at least to MBFS as follows:

| Gantt Trucking, LLC | $5,218,568.67 |
|---------------------|---------------|
| Interide Transport LC | $5,649,998.81 |
| Sunco Trucking, LLC | $8,041,972.54 |

3.      In addition, as of the Petition Date, the Debtors' accounts with MBFS were delinquent in the following amounts:

| Gantt Trucking, LLC | $312,244.09 |
|---------------------|-------------|
| Interide Transport LC | $1,088,579.89 |
| Sunco Trucking, LLC | $398,702.71 |

4.      In total, MBFS leases 127 pieces of equipment to Debtors, and has financed Gantt Trucking, LLC and Interide Transport, LLC's purchase of an additional 72 units of rolling stock.

5.      This Court should grant MBFS stay relief to recover its collateral and leased assets. MBFS lacks adequate protection for many reasons.  First, the Debtors' pre- and post-petition performance reflects an inability to make any meaningful debt service or lease payments to any of its secured creditors or leasing entities, including MBFS.  Second, the Debtors' have made no post-petition payments relative to MBFS's rapidly depreciating Leased Equipment and Equipment Collateral.  Indeed, the Debtor have missed the past four months of payments totaling approximately $2 million.  Third, the Debtors have no equity in MBFS's Equipment Collateral.

**BACKGROUND**

6.      The Loan and Lease Agreements consist of the following:

**The Gantt Trucking, LLC Agreements**

(a)      Note and Security Agreement dated May 27, 2016, pursuant to which MBFS loaned Gantt Trucking, LLC the sum of $624,465.00 to finance the purchase of five 2017 Freightliner

2

CA1255LP tractors.  A copy of the May 27, 2016 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit A.**

The Equipment Collateral financed under the May 27, 2016 Note and Security Agreement consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000122414001 | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR0HLJA5226 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR2HLJA5227 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR4HLJA5228 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR6HLJA5229 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR2HLJA5230 |

(b)    Note and Security Agreement dated May 27, 2016, pursuant to which MBFS loaned Gantt Trucking, LLC the sum of $1,039,144.00 to finance the purchase of eight 2017 Freightliner CA1255LP Tractors.   A copy of the May 27, 2016 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit B.**

The Equipment Collateral financed under the May 27, 2016 Note and Security Agreement consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000122419001 | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR1HLJA5235 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR3HLJA5236 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR4HLJA5231 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR5HLJA5237 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR6HLJA5232 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR7HLJA5238 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR8HLJA5233 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDRXHLJA5234 |

(c)    Note and Security Agreement dated December 19, 2016, pursuant to which MBFS loaned Gantt Trucking, LLC the sum of $3,175,495.00 to finance the purchase of 22 2017 Freightliner CA1255LP Tractors.   A copy of the December 19, 2016 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit C.**

The Equipment Collateral financed under the December 19, 2016 Note and Security Agreement consists of the following:

120182301.2

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000313876001 | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR0HLJH6409 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR0HLJH6412 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR1HLJH6399 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR1HLJH6404 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR1HLJH6418 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR2HLJH6413 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR3HLJH6405 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR4HLJH6400 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR4HLJH6414 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR5HLJH6406 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR6HLJH6396 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR6HLJH6415 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR7HLJH6407 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR7HLJH6410 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR8HLJH6397 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR8HLJH6402 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR8HLJH6416 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR9HLJH6408 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDR9HLJH6411 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDRXHLJH6398 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDRXHLJH6403 |
| | 2017 | FREIGHTLINER | CA125SLP | 1FUJGLDRXHLJH6417 |

(d)    Open-End Lease Agreement dated July 28, 2017 attached as **Exhibit D** and related schedules:

i.    Open-End Schedule A dated August 1, 2017 pursuant to which MBFS leased to Gantt Trucking, LLC five 2018 Freightliner Cascadia Tractors for total rent of $495,357.60.  Copies of the August 1, 2017 schedule and titles to the Leased Equipment are attached as **Exhibit E.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000529211001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9414 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR2JLJH9415 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR5JLJH9411 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR7JLJH9412 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9413 |

ii.    Open-End Schedule A dated August 7, 2017 pursuant to which MBFS leased to Gantt Trucking, LLC five 2018 Freightliner Cascadia Tractors for

total rent of $495,357.60.  Copies of the August 7, 2017 schedule and titles

to the Leased Equipment are attached as **Exhibit F**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000530772001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR4JLJH9416 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR6JLJH9417 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR6JLJH9420 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR8JLJH9418 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDRXJLJH9419 |

iii.  Open-End Schedule A dated August 14, 2017 pursuant to which MBFS

leased to Gantt Trucking, LLC three 2018 Freightliner Cascadia Tractors

for total rent of $297,406.56.  Copies of the August 14, 2017 schedule and

titles to the Leased Equipment are attached as **Exhibit G**.

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000542527001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR1JLJH9423 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR8JLJH9421 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDRXJLJH9422 |

iv.  Open-End Schedule A dated March 15, 2018 pursuant to which MBFS

leased to Gantt Trucking, LLC 14 2018 Freightliner Cascadia Tractors for

total rent of $1,384,234.56.  Copies of the March 15 2018 schedule and

titles to the Leased Equipment are attached as **Exhibit H.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000748209001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9428 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9431 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR1JLJH9437 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR2JLJH9429 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR2JLJH9432 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR3JLJH9424 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR4JLJH9433 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR5JLJH9425 |

120182301.2

| | | | |
|---|---|---|---|
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR6JLJH9434 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR7JLJH9426 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR8JLJH9435 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9427 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9430 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDRXJLJH9436 |

## The Interide Transport, LC Agreements

(e)     Note and Security Agreement dated July 9, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $1,050,595.00 to finance the purchase of seven 2016 Freightliner Cascadia tractors.  A copy of the July 9, 2015 Note and Security agreement and copies of the titles to the Equipment Collateral financed thereunder are attached as **Exhibit I.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000032217001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR1GSGV4315 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR3GSGV4316 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSGV4303 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSGV4304 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR8GSGV4313 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR9GSGV4305 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDRXGSGV4314 |

(f)     Note and Security Agreement dated August 18, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $1,049,048.00 to finance the purchase of seven 2016 Freightliner Cascadia tractors.   Copies of the August 18, 2015 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit J.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000035271001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR0GSGV4256 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR3GSGV4252 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSGV4253 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR6GSGV4407 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSGV4254 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR8GSGV4408 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR9GSGV4255 |

120182301.2

(g)     Note and Security Agreement dated September 21, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $605,138.00 to finance the purchase of four 2016 Freightliner Cascadia tractors.   Copies of the September 21, 2015 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit K.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000037891001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR2GSGZ5195 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR4GSGZ5201 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR6GSGZ5202 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR8GSGZ5203 |

(h)     Note and Security Agreement dated November 30, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $742,085.00 to finance the purchase of five 2016 Freightliner Cascadia tractors.   Copies of the November 30, 2015 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit L.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000043430001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR1GSHA0155 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR3GSHA0156 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSHA0157 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR8GSHA0153 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDRXGSHA0154 |

(i)     Note and Security Agreement dated December 7, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $759,690.00 to finance the purchase of five 2016 Freightliner Cascadia tractors.   Copies of the December 7, 2015 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit M.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000043700001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR3GSHA0190 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSHA0188 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSHA0191 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSHA0189 |

120182301.2

| | | | |
|---|---|---|---|
| 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSHA0192 |

(j)      Note and Security Agreement dated December 28, 2015 pursuant to which MBFS loaned Interide Transport, LC the sum of $1,063,566.00 to finance the purchase of seven 2016 Freightliner Cascadia tractors.   Copies of the December 28, 2015 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit N.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000045024001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR0GSHA0194 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR2GSHA0195 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR6GSHA0197 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR8GSHA0198 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDRXGSHA0199 |

(k)      Open-End Lease Agreement dated April 14, 2017 attached as **Exhibit O** and related schedules:

i.   Open-End Schedule A dated April 14, 2017 pursuant to which MBFS leased to Interide Transport, LC 16 2018 Freightliner CA125SLP tractors for total rent of $1,660,338.24.   Copies of the April 14, 2017 schedule and titles to the Leased Equipment are attached as **Exhibit P.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000424380001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9459 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9462 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR1JLJH9468 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR1JLJH9471 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR2JLJH9463 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR3JLJH9469 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR3JLJH9472 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR4JLJH9464 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR5JLJH9473 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR6JLJH9465 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR7JLJH9460 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR8JLJH9466 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9458 |

| | | | |
|---|---|---|---|
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9461 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDRXJLJH9467 |
| 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDRXJLJH9470 |

ii.   Modified TRAC Schedule A dated November 9, 2018 pursuant to which MBFS leased to Interide Transport, LC ten 2019 Freightliner Cascadia 126 tractors for total rent of $1,043,596.80.   Copies of the November 9, 2018 schedule and titles to the Leased Equipment are attached as **Exhibit Q.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000991549001 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR0KSKM5710 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR0KSKM5724 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR2KSKM5711 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR2KSKM5725 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR3KSKM5720 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKM5726 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR5KSKM5721 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR6KSKM5727 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR7KSKM5722 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR9KSKM5723 |

iii.   Open-End Schedule A dated August 4, 2017 pursuant to which MBFS leased to Interide Transport, LC four 2018 Freightliner CA125SLP tractors for total rent of $404,631.84.   Copies of the August 4, 2017 schedule and titles to the Leased Equipment are attached as **Exhibit R.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000529201001 | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR0JLJH9476 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR2JLJH9477 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR7JLJH9474 |
| | 2018 | FREIGHTLINER | CA125SLP | 1FUJGLDR9JLJH9475 |

(l)   Texas Note and Security Agreement dated July 5, 2019 pursuant to which MBFS loaned Interide Transport, LC the sum of $222,148.50 to finance the purchase of four 2016

9

Freightliner CA125SLP tractors.    Copies of the July 5, 2019 Note and Security Agreement and titles to the Equipment Collateral financed thereunder are attached as **Exhibit S.**

The Equipment Collateral consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5001271226001 | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR3GSGW7230 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR5GSGW7231 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSGW7229 |
| | 2016 | FREIGHTLINER | CA125SLP | 3AKJGLDR7GSGW7232 |

## The Sunco Trucking, LLC Agreements

(m)    Open-End Lease Agreement dated April 14, 2017 attached as **Exhibit T** and related schedules:

      i.    Open-End Schedule A dated May 22, 2017 pursuant to which MBFS leased to Sunco Trucking, LLC 40 2018 Freightliner CA125SLP tractors for total rent of $4,058,745.12.    Copies of the May 22, 2017 schedule and titles to the Leased Equipment are attached as **Exhibit U.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000469562001 | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR0JSHP1049 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR0JSHP1052 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR0JSHP1083 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR1JSHP1044 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR1JSHP1058 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR1JSHP1061 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR1JSHP1089 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR2JSHP1036 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR2JSHP1053 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR2JSHP1084 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR3JSHP1045 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR3JSHP1059 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR3JSHP1062 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR4JSHP1037 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR4JSHP1040 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR4JSHP1054 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR4JSHP1085 |
| | 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR5JSHP1046 |

120182301.2

| Year | Make | Model | VIN |
|---|---|---|---|
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR5JSHP1063 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR6JSHP1038 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR6JSHP1041 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR6JSHP1055 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR6JSHP1086 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR7JSHP1047 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR7JSHP1050 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR7JSHP1064 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR7JSHP1081 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR8JSHP1039 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR8JSHP1042 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR8JSHP1056 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR8JSHP1087 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR8JSHP1090 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR9JSHP1048 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR9JSHP1051 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR9JSHP1065 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDR9JSHP1082 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDRXJSHP1043 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDRXJSHP1057 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDRXJSHP1060 |
| 2018 | FREIGHTLINER | CA125SLP | 3AKJGLDRXJSHP1088 |

ii.  Modified TRAC Schedule A dated August 5, 2018 pursuant to which MBFS leased to Sunco Trucking, LLC eight 2019 Freightliner PT126SLP tractors for total rent of $825,647.04.  Copies of the August 5, 2018 schedule and titles to the Leased Equipment are attached as **Exhibit V**.

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000833588001 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR1KSKM5716 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR3KSKM5717 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKM5712 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR5KSKM5718 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR6KSKM5713 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR7KSKM5719 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR8KSKM5714 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDRXKSKM5715 |

iii.  Modified TRAC Schedule A dated July 31, 2018 pursuant to which MBFS leased to Sunco Trucking, LLC eight 2019 Freightliner PT126SLP tractors

for total rent of $829,189.44.   Copies of July 31, 2018 schedule and titles

to the Leased Equipment are attached as **Exhibit W.**

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000885839001 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR0KSKM5688 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR0KSKM5691 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR2KSKM5689 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR2KSKM5692 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKM5693 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR6KSKM5694 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR8KSKM5695 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR9KSKM5690 |

iv.   Modified TRAC Schedule A dated July 31, 2018 pursuant to which MBFS

leased to Sunco Trucking, LLC to finance the lease of eight 2019

Freightliner PT126SLP tractors for total rent of $831,654.24.   Copies of

the July 31, 2018 schedule and tiles to the Leased Equipment are attached

as **Exhibit X**.

The Leased Equipment consists of the following:

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000885896001 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR1KSKM5697 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR1KSKM5702 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR3KSKM5698 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR3KSKM5703 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR5KSKM5699 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR8KSKM5700 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDRXKSKM5696 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDRXKSKM5701 |

v.   Modified TRAC Schedule A  dated July 31, 2018 pursuant to which MBFS

leased to Sunco Trucking, LLC six 2019 Freightliner PT126SLP tractors

for total rent of $625,368.96.   Copies of the July 31, 2018 schedule and

titles to the Leased Equipment are attached as **Exhibit Y.**

The Leased Equipment consists of the following:

120182301.2

| Account Number | Year | Make | Model | VIN |
|---|---|---|---|---|
| 5000885999001 | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR0KSKM5707 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR2KSKM5708 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR4KSKM5709 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR5KSKM5704 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR7KSKM5705 |
| | 2019 | FREIGHTLINER | PT126SLP | 3AKJHHDR9KSKM5706 |

7.      All obligations and indebtedness owing by any Debtor to MBFS are guaranteed by each other Debtor pursuant to the terms of a continuing cross-guaranty dated April 14, 2017.  A copy of the cross-guaranty is attached as **Exhibit Z**.

8.      MBFS holds a properly perfected first lien and unavoidable purchase money security interest in the Equipment Collateral securing Debtor's performance of all of Debtor's obligations to MBFS, including all obligations arising under the Loan and Lease Agreements. MBFS' security interest in the Equipment Collateral is properly perfected through endorsement on the certificates of titles to the Equipment Collateral.

9.      MBFS holds title to the Leased Equipment.  The Lease Agreements are TRAC or modified TRAC leases and are "true leases."

10.      Debtor has defaulted under the Loan and Lease Agreements.  As of the Petition Date, the Debtors owed MBFS under the Loan and Lease Agreements, without defense, setoff, or counterclaim, at least the following amounts, exclusive of attorney fees and costs:

| | |
|---|---|
| Gantt Trucking, LLC | $5,218,568.67 |
| Interide Transport LC | $5,649,998.81 |
| Sunco Trucking, LLC | $8,041,972.54 |

120182301.2

11.     According to Debtors' Schedules, the Equipment Collateral is worth $10.2M. MBFS expects that the Equipment Collateral will depreciate on a daily basis in the ordinary course of Debtors' use of the Equipment Collateral at the rate of up to 2.5% per month.[2]

## ARGUMENT

12.     As a condition to the Debtors' continued use, sale, and retention of the Equipment Collateral, MBFS is entitled to adequate protection pursuant to Sections 361, 362, and 363 of the Bankruptcy Code and to be afforded protection against loss arising from such use.

**Cause Exists to Grant MBFS Relief From the Automatic Stay**

13.     Under 11 U.S.C. § 362(d), "on request of a party in interest and after notice and a hearing, the court shall grant relief from the stay . . . by terminating, annulling, modifying or conditioning such stay – (1) for cause, including the lack of adequate protection of an interest in property of such party in interest; (2) with respect to a stay of an act against property . . . if – (A) the debtor does not have an equity in such property; and (B) such property is not necessary to an effective reorganization."

14.     Here, the stay should be lifted both for cause under Section 362(d)(1) and because Debtors have no equity in the Equipment Collateral and no prospect of an effective reorganization under  Section 362(d)(2).

A.  Lack of Adequate Protection.

15.     A lack of adequate protection is cause to lift the stay.

16.     Adequate protection is the protection of a creditor's "interest in property" from any decrease in "value" attributable to the automatic stay. *In re Briggs Transp. Co.,* 780 F.2d 1339,

---

[2]     MBFS has not at this time not completed its own independent evaluation of the Equipment Collateral and expressly reserves the right to have the Equipment Collateral appraised and valued for any purpose in the bankruptcy case, including for purposes of supporting this motion.

120182301.2

1434 (8th Cir. 1986), *see also In re Elmira Litho, Inc.,* 174 B.R. 892, 902 (Bankr. S.D.N.Y. 1994)

("threat" of a decline in a secured creditor's collateral constitutes a prima facie case for lack of

adequate protection under § 362(d)(1)), *In re Jones,* 189 B.R. 13 (Bankr. E.D. Okla. 1995) (secured

creditor lacks adequate protection for purposes of obtaining relief from automatic stay if there is a

threat of decline in value of property serving as collateral), *In re Cason,* 190 B.R. 917, 924 (Bankr.

N.D. Ala. 1995) (where there is a possibility of a diminution of a creditor's collateral interest, a

debtor may be required to provide the creditor with adequate protection, such as periodic cash

payments).

17.     Here, the Equipment Collateral is depreciating from Debtors' use and operation of

it. MBFS' interest in the Equipment Collateral cannot be adequately protected without cash

payments to compensate MBFS for that decrease in value.

18.     Unfortunately, however, Debtors simply cannot afford to make adequate protection

payments.   According to Debtors' 6-week budget, Debtors are not generating cash on a

consolidated basis even without including debt service or lease payments due MBFS. See Revised

6 Week Budgets [Dkt. 59].

        B.     Other Cause to Lift the Stay.

19.     Except for lack of adequate protection, 'cause' is not defined by Section 362(d)(1).

Cause is a flexible concept and courts often conduct a fact intensive, case-by-case balancing test,

examining the totality of the circumstances to determine whether sufficient cause exists to lift the

stay." *In re Trump Entm't Resorts*, Inc., 526 B.R. 116, 120 (Bankr. D. Del. 2015) (quoting *In re

The SCO Group, Inc.*, 395 B.R. 852, 856 (Bankr. D. Del. 2007)).

20.     Beginning on November 29, 2019 – 60 days after the Petition Date- Debtors are required to "timely perform" their obligations to MBFS under the Lease Agreements. Section 365(d)(5).  The lease payments owing MBFS by all Debtors total $274,946.00 each month.

21.     As noted above, Debtors simply do not have the means to make the lease payments. Debtors' inability to comply with their obligations under Section 365(d)(5) is cause to lift the automatic stay.

C.     Debtors have no equity in the Equipment Collateral and no prospects of successfully reorganizing.

22.     Accepting Debtors' $10.2M valuation of the Equipment Collateral for purposes of this Motion, Debtors have no equity in the Equipment Collateral since it secures obligations owing MBFS of nearly $19M.

23.     Debtors have the burden of proving that the Equipment Collateral is necessary for an effective reorganization. See 11 U.S.C. § 362(d); *In re Diversified Energy Venture*, 311 B.R. 712, 717 (Bankr.W.D.Pa.2004). As explained by the United States Supreme Court, property is necessary to an effective reorganization when it is "essential for an effective reorganization that is in prospect." *United Sav. Ass'n of Tex. v. Timbers of Inwood Forest*, 484 U.S. 365, 375–77, 108 S.Ct. 626, 98 L.Ed.2d 740 (1988) (emphasis in original). Accordingly, there must be "a reasonable possibility of a successful reorganization within a reasonable time." *Id.  See In re Terra Mar Associates*, 3 B.R. 462 (Bankr. Conn.1980)(while in single asset real estate cases property may be indispensable, "reasonable possibility" standard does not include a hope that somewhere, someone will fund an arrangement or refinance the mortgage with the debtor).

24.     Here, given the Debtor's financial condition and the severe liquidity shortfall confronting the Debtors, there is no reasonable prospect of a successful reorganization.  As a result, the stay should be lifted under § 362(d)(2).

120182301.2

**In the Alternative, MBFS is entitled to Adequate Protection Payments**.

25.     In the alternative, MBFS requests that the Court condition Debtors' continued use of the Equipment Collateral and Leased Equipment on entry of an order granting MBFS adequate protection, including periodic cash payments.

26.     Section 363(e) of the Bankruptcy Code provides that an entity is entitled to adequate protection of an interest in property that is used by the debtor.  11 U.S.C. § 363(e).

27.     The purpose of adequate protection is to insure a secured creditor receives the essential benefit of its bargain.  *In re Briggs Transp. Co.,* 780 F.2d at 1342.

28.     Adequate protection is mandatory and the burden of proposing and providing adequate protection is on the debtor.  *See In re Metromedia Fiber Network, Inc.,* 290 B.R. 487 (Bankr. S.D.N.Y. 2003); *In re Miller*, 55 B.R. 49, 50 (Bankr. D.D.C. 1985).

29.     If the automatic stay is not lifted, MBFS is entitled to adequate protection, including periodic cash payments to compensate MBFS for the diminution in value of the Equipment Collateral.  *See* 11 U.S.C. § 361(1) (adequate protection may be provided by requiring the trustee to make a cash payment or periodic cash payments to the secured creditor).

30.     In addition to periodic cash payments, adequate protection should include a requirement that Debtor: (a) an order directing Debtors to timely make all lease payments owing MBFS under the Lease Agreements; (b) maintain adequate insurance against loss of the Equipment Collateral and Leased Equipment; (c) maintain the Equipment Collateral and Leased Equipment; (d) timely pay all taxes, assessments and other fees or claims that could become a lien or encumbrance on the Equipment Collateral or Leased Equipment; (e) segregate and immediately pay over to MBFS all proceeds from any sale or other disposition of any of the Equipment Collateral; (f) provide access to Debtor's books and records; and (g) provide, in form satisfactory

17

to MBFS, a detailed accounting of the location and condition of the Equipment Collateral and Leased Equipment.

WHEREFORE, MBFS requests the entry of an order: (i) terminating and/or modifying the automatic stay with respect to the Equipment Collateral and Leased Equipment or, in the alternative, (ii) requiring the Debtor to provide adequate protection of MBFS' interest in the Equipment Collateral and Leased Equipment, including periodic adequate protection payments, and prompt lease payments owing under the Lease Agreements and grant MBFS such further and additional relief as the Court deems proper and just.

Dated: November 6, 2019

*/s/  Donald R. Kirk*
Donald R. Kirk (FBN 0105767)
E-mail: dkirk@carltonfields.com
John J. Lamoureux (FBN 835218)
E-mail: jlamoureux@carltonfields.com
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133

Stephen B. Grow, Esq. (MIN P39622)
*Pro Hac Vice Admission Pending*
Email: sgrow@wnj.com
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI  49503-2487
Telephone: (616) 752-2158
Facsimile: (616) 222-2158
*Mercedes-Benz Financial Services USA, LLC*

120182301.2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case and by U.S. Mail to all parties on the attached mailing matrix not currently registered to receive electronic notifications.

/s/  *Donald R. Kirk*_____
Attorney

19

120182301.2