UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| KJM Capital Transportation | | 6:19-bk-06302-CCJ |
| Fund, LLC | } | |
| | } | JUDGE CYNTHIA C. JACKSON |
| | } | |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM September 28, 2019 TO September 30, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_Nov. 18, 2019_
Date

_(signature)_
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

3504 Lake Lynda Drive
Suite 107
Orlando, FL 32817
(407) 409-8077

Attorney's Address
and Phone Number:

R. Scott Shuker
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
(407) 337-2060

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day
of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQ)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING __SEPTEMBER 28, 2019__ AND ENDING __SEPTEMBER 30, 2019___

| | | |
|---|---|---|
| Name of Debtor: | KJM CAPITAL TRANSPORTATION FUND, LLC | Case Number: 6:19-bk-06302-CCJ |
| Date of Petition: | September 27, 2019 | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $12,391.77 (a) | $12,391.77 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $0.00 | |
| Minus: Cash Refunds | 0.00 | |
| Net Cash Sales | 0.00 | 0 |
| B. Accounts Receivable | 0.00 | 0.00 |
| C. Other Receipts (See MOR-3) | 0.00 | $0.00 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $0.00 | $0.00 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $12,391.77 | $12,391.77 |
| 5. DISBURSEMENTS | | |
| A. Advertising | $0.00 | $0.00 |
| B. Bank Charges | 0.00 | 0.00 |
| C. Contract Labor | 0.00 | 0.00 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 0.00 | 0.00 |
| F. Inventory Payments (See Attach. 2) | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I. Office Supplies | 0.00 | 0.00 |
| J. Payroll - Net (See Attachment 5A) | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| L. Rent | 0.00 | 0.00 |
| M. Repairs & Maintenance | 0.00 | 0.00 |
| N. Secured Creditor Payments (See Attach. 2) | 0.00 | 0.00 |
| O. Taxes Paid - Payroll (See Attachment 4C) | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | 0.00 | 0.00 |
| Q. Taxes Paid - Other (See Attachment 4C) | 0.00 | 0.00 |
| R. Telephone | 0.00 | 0.00 |
| S. Travel & Entertainment | 0.00 | 0.00 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| U. Utilities | 0.00 | 0.00 |
| V. Vehicle Expenses | 0.00 | 0.00 |
| W. Other Operating Expenses (See MOR-3) | 0.00 | 0.00 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $0.00 | $0.00 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) (c) | $12,391.77 (c) | $12,391.77 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to best of my knowledge and belief.
This __13__ day of _November_ 20 _19_                    _(Signature)_

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE:  Attached a current Balance Sheet and Income (Profit & Loss) Statement**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO  DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| KJM Capital Transportation | | 6:19-bk-06302-CCJ |
| Fund, LLC | } | |
| | } | JUDGE CYNTHIA C. JACKSON |
| | } | |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

FOR THE PERIOD

FROM September 28, 2019 TO September 30, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_Nov. 18, 2019_
Date

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

3504 Lake Lynda Drive
Suite 107
Orlando, FL 32817
(407) 409-8077

Attorney's Address
and Phone Number:

R. Scott Shuker
121 S. Orange Ave., Ste. 1120
Orlando, Florida 32801
(407) 337-2060

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day
of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQ)http://www.usdoj.gov/ust/.

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING _SEPTEMBER 28, 2019_ AND ENDING _SEPTEMBER 30, 2019___

| | | |
|---|---|---|
| Name of Debtor: | KJM CAPITAL TRANSPORTATION FUND, LLC | Case Number: 6:19-bk-06302-CCJ |
| Date of Petition: | September 27, 2019 | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $12,391.77 (a) | $12,391.77 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $0.00 | |
|    Minus: Cash Refunds | 0.00 | |
|    Net Cash Sales | 0.00 | 0 |
| B. Accounts Receivable | 0.00 | 0.00 |
| C. Other Receipts (*See MOR-3*) | 0.00 | $0.00 |
| (If you receive rental income, | | |
|   you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (*Lines 2A+2B+2C*)** | $0.00 | $0.00 |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS (*Line 1 + Line 3*)** | $12,391.77 | $12,391.77 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | $0.00 | $0.00 |
| B. Bank Charges | 0.00 | 0.00 |
| C. Contract Labor | 0.00 | 0.00 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 0.00 | 0.00 |
| F. Inventory Payments (*See Attach. 2*) | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I. Office Supplies | 0.00 | 0.00 |
| J. Payroll - Net (*See Attachment 5A*) | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 0.00 |
| L. Rent | 0.00 | 0.00 |
| M. Repairs & Maintenance | 0.00 | 0.00 |
| N. Secured Creditor Payments (*See Attach. 2*) | 0.00 | 0.00 |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | 0.00 | 0.00 |
| Q. Taxes Paid - Other (*See Attachment 4C*) | 0.00 | 0.00 |
| R. Telephone | 0.00 | 0.00 |
| S. Travel & Entertainment | 0.00 | 0.00 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 0.00 |
| U. Utilities | 0.00 | 0.00 |
| V. Vehicle Expenses | 0.00 | 0.00 |
| W. Other Operating Expenses (*See MOR-3*) | 0.00 | 0.00 |
| **6. TOTAL DISBURSEMENTS (*Sum of 5A thru W*)** | $0.00 | $0.00 |
| **7. ENDING BALANCE (*Line 4 Minus Line 6*)** (c) | $12,391.77 (c) | $12,391.77 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to best of my knowledge and belief.
This __13__ day of _November_ 20_19_

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE:  Attached a current Balance Sheet and Income (Profit & Loss) Statement**

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:      KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:           September 28, 2019    and ending:    September 30, 2019

ACCOUNTS RECEIVABLE AT PETITION DATE:                              $0.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $    0.00 | (a) |
| PLUS: Current Month New Billings | $    0.00 | |
| MINUS: Collection During the Month | $    0.00 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $    0.00 | * |
| End of Month Balance | $    0.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | (b) |

☐    Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | (a) |
| PLUS: New Indebtedness Incurred This Month | |
| MINUS: Amount Paid on Post-Petition | |
| Accounts Payable This Month | |
| PLUS/MINUS: Adjustments | * |
| Ending Month Balance | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page  MOR-2, Line 5N).

MOR-5

ATTACHMENT 3

INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:   KJM CAPITAL TRANSPORTATION FUND, LLC     Case Number:          6:19-bk-06302-CCJ

Reporting Period beginning:   September 28, 2019          and ending:          September 30, 2019

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $0.00 | **(a) |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $0.00 | |
| PLUS: Inventory Purchased During Month | $0.00 | |
| MINUS: Inventory Used or Sold | $0.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $0.00 | * |
| Inventory on Hand at End of Month | $0.00 | ** |

METHOD OF COSTING INVENTORY:          Average

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

## INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 0.0% | 0.0% | 0.0% | 0.0% | 0.0% * |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.

Description of Obsolete Inventory:

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:          $98,105.85
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):     Leasehold Improvements; Furniture & Fixtures; Tractors; Trailers; Equipment

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $98,105.85 | (a)(b) |
| MINUS: Depreciation Expense | $0.00 | |
| PLUS: New Purchases | $0.00 | |
| PLUS/MINUS: Adjustments or Write-downs | $0.00 | * |
| Ending Monthly Balance | $98,105.85 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
No purchases.

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
     Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning: September 28, 2019    and ending:    September 30, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Santander    BRANCH:

ACCOUNT NAME KJMCTF Checking    ACCOUNT NUMBER: xxxxxx1881

PURPOSE OF ACCOUNT: __OPERATING__

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | | $12,391.77 |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 | * |
| Minus Service Charges | | $0.00 |
| Ending Balance per Check Register | | $12,391.77  **(a) |

*Debit cards are used by    N/A

**If Closing Balance is negative, provide explanation:    N/A

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____ Transferred to Payroll Account
_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

 **Santander**

Statement Period 09/01/19 TO 09/30/19
Primary Account #:        1881

For your convenience our Business
Customer Service Center is available
from 8am-10pm Mon-Sat and 9am-5:30pm on Sun
Call us at 1-877-768-1145.
www.santanderbank.com

KJM CAPITAL TRANSPORTATION FUND, LLC
PO BOX 781549
ORLANDO FL 32878

0000
7 7 30

| COMMERCIAL CASH MANAGEMENT CHECKING | Statement Period 09/01/19 - 09/30/19 |
|---|---|

**KJM CAPITAL TRANSPORTATION FUND, LLC**          Account #        1881

## Balances

| Beginning Balance | $52,457.57 | Ending Balance | $12,391.77 |
|---|---|---|---|
| Deposits/Credits | +$5,113,412.28 | Average Daily Balance | $67,633.40 |
| Withdrawals/Debits | -$5,153,478.08 | | |
| Number of Checks | 11 | Total Check Amount | $29,087.43 |

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 09-01 | Beginning Balance | | | $52,457.57 |
| 09-03 | CHECKS TODAY     2 | | $6,513.44 | $45,944.13 |
| 09-04 | 52737389-75 ADVANCE | $350,000.00 | | $395,944.13 |
| 09-04 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $42,000.00 | $353,944.13 |
| 09-04 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $20,000.00 | $333,944.13 |
| 09-04 | ROBERT HALF, INC INTERNET 190903 | | $2,911.20 | $331,032.93 |
| 09-05 | 52737389-75 ADVANCE | $300,000.00 | | $631,032.93 |
| 09-05 | 52737389-75 ADVANCE | $3,069.00 | | $634,101.93 |
| 09-05 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $220,000.00 | $414,101.93 |
| 09-05 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $160,000.00 | $254,101.93 |
| 09-05 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $145,000.00 | $109,101.93 |
| 09-05 | KJM CAPITAL TRAN ACH 190905 -SETT-6017UOB | | $6,051.82 | $103,050.11 |
| 09-05 | KJM CAPITAL TRAN 190905 -SETT-6017UOB | | $36,850.05 | $66,200.06 |
| 09-05 | KJM CAPITAL TRAN ACH 190905 -SETT-6017UOB | | $40,699.93 | $25,500.13 |
| 09-05 | KJM CAPITAL | | $3,069.00 | $22,431.13 |
| 09-06 | 52737389-75 ADVANCE | $150,000.00 | | $172,431.13 |
| 09-06 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $45,000.00 | $127,431.13 |
| 09-06 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $55,000.00 | $72,431.13 |
| 09-06 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $30,000.00 | $42,431.13 |
| 09-06 | AMEX EPAYMENT ACH PMT 190906 COP000004267052 | | $14,047.28 | $38,383.85 |
| 09-06 | AMEX EPAYMENT ACH PMT 190906 COP000004267064 | | $10,688.91 | $27,694.94 |
| 09-09 | 52737389-75 ADVANCE | $250,000.00 | | $277,694.94 |
| 09-09 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $20,000.00 | $257,694.94 |
| 09-09 | WIRE TRANSFER OUTGOING DOMESTIC - TREASU RY.LINK | | $75,000.00 | $182,694.94 |
| 09-09 | IPFS630-480-8433 IPFSPMTILP 17411 | | $130,631.43 | $52,063.51 |
| 09-10 | 52737389-75 ADVANCE | $275,000.00 | | $327,063.51 |
| 09-10 | REFUND STOP PAYMENT IRIS-SINGLE | $54.00 | | $327,117.51 |

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander Bank, N.A. All rights reserved. Santander, Santander Bank, the Flame Logo, and Extra 20 (for checking account services) are registered trademarks, and Extra 20 (for savings account services) is a service mark of Banco Santander,

1881



## Account Activity (Cont. for Acct# '       .1881)

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 09-10 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $60,000.00 | $267,117.51 |
| 09-10 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806009 - COMMERCIAL CASH MANAGEMENT CH | | $130,000.00 | $137,117.51 |
| 09-10 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $70,000.00 | $67,117.51 |
| 09-10 | CHECKS TODAY      1 | | $2,911.20 | $64,206.31 |
| 09-11 | 52737389-75 ADVANCE | $275,000.00 | | $339,206.31 |
| 09-11 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806009 - COMMERCIAL CASH MANAGEMENT CH | | $25,000.00 | $314,206.31 |
| 09-11 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $95,000.00 | $219,206.31 |
| 09-11 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $90,000.00 | $129,206.31 |
| 09-11 | CHECKS TODAY      1 | | $25.00 | $129,181.31 |
| 09-12 | 52737389-75 ADVANCE | $350,000.00 | | $479,181.31 |
| 09-12 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806009 - COMMERCIAL CASH MANAGEMENT CH | | $90,000.00 | $389,181.31 |
| 09-12 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $60,000.00 | $329,181.31 |
| 09-12 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $100,000.00 | $229,181.31 |
| 09-12 | KJM CAPITAL TRAN ACH 190912 -SETT-6017UOB | | $3,566.75 | $225,614.56 |
| 09-12 | KJM CAPITAL TRAN ACH 190912 -SETT-6017UOB | | $12,137.43 | $213,477.13 |
| 09-12 | AMEX EPAYMENT ACH PMT 190912 COP000004275707 | | $18,438.86 | $195,038.27 |
| 09-12 | KJM CAPITAL TRAN ACH 190912 -SETT-6017UOB | | $30,308.00 | $164,730.27 |
| 09-12 | CHECKS TODAY      1 | | $262.50 | $164,467.77 |
| 09-13 | 52737389-75 ADVANCE | $300,000.00 | | $464,467.77 |
| 09-13 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $190,000.00 | $274,467.77 |
| 09-13 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806009 - COMMERCIAL CASH MANAGEMENT CH | | $30,000.00 | $244,467.77 |
| 09-13 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $65,000.00 | $179,467.77 |
| 09-13 | WIRE TRANSFER OUTGOING DOMESTIC - TREASURY LINK | | $40,000.00 | $139,467.77 |
| 09-13 | ASF, DBA Insperi PAYROLL 190912 0003543700 | | $20,036.49 | $119,431.28 |
| 09-13 | KJM CAPITAL TRAN ACH 190913 -SETT-6017UOB | | $25,169.08 | $94,262.20 |
| 09-13 | FEES FOR ACCOUNT ANALYSIS 08/31/19 | | $5,229.59 | $89,032.61 |
| 09-16 | 52737389-75 ADVANCE | $435,000.00 | | $524,032.61 |
| 09-16 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $90,000.00 | $434,032.61 |
| 09-16 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $48,000.00 | $386,032.61 |
| 09-16 | SANTANDER BANK SAN PYMT 091519 ************04 | | $60,863.55 | $325,169.06 |
| 09-16 | SANTANDER BANK SAN PYMT 091519 ************06 | | $60,880.64 | $264,288.42 |
| 09-16 | SANTANDER BANK SAN PYMT 091519 ************05 | | $240,001.57 | $24,286.85 |
| 09-16 | CHECKS TODAY      1 | | $2,579.25 | $21,707.60 |
| 09-17 | 52737389-75 ADVANCE | $144,000.00 | | $165,707.60 |
| 09-17 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $15,000.00 | $150,707.60 |
| 09-17 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806009 - COMMERCIAL CASH MANAGEMENT CH | | $40,000.00 | $110,707.60 |
| 09-17 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $90,000.00 | $20,707.60 |
| 09-17 | CHECKS TODAY      2 | | $6,282.20 | $14,425.40 |
| 09-18 | 52737389-75 ADVANCE | $100,000.00 | | $114,425.40 |
| 09-18 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $32,000.00 | $82,425.40 |
| 09-18 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $4,000.00 | $78,425.40 |
| 09-18 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $4,000.00 | $74,425.40 |
| 09-18 | CHECKS TODAY      1 | | $244.06 | $74,181.34 |
| 09-19 | 52737389-75 ADVANCE | $512,000.00 | | $586,181.34 |



## Account Activity (Cont. for Acct# 881)

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|
| 09-19 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $260,000.00 | $326,181.34 |
| 09-19 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $95,000.00 | $231,181.34 |
| 09-19 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $120,000.00 | $111,181.34 |
| 09-19 | KJM CAPITAL TRAN ACH 190919 -SETT-6017UOB | | $485.00 | $110,696.34 |
| 09-19 | KJM CAPITAL TRAN ACH 190919 -SETT-6017UOB | | $9,576.41 | $101,119.93 |
| 09-19 | KJM CAPITAL TRAN ACH 190919 -SETT-6017UOB | | $14,907.25 | $86,212.68 |
| 09-19 | KJM CAPITAL TRAN ACH 190919 -SETT-6017UOB | | $42,918.07 | $43,294.61 |
| 09-20 | 52737389-75 ADVANCE_____ | $150,000.00 | | $193,294.61 |
| 09-20 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $64,000.00 | $129,294.61 |
| 09-20 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $50,000.00 | $79,294.61 |
| 09-20 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $10,000.00 | $69,294.61 |
| 09-23 | 52737389-75 ADVANCE | $250,000.00 | | $319,294.61 |
| 09-23 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $20,000.00 | $299,294.61 |
| 09-23 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $20,000.00 | $279,294.61 |
| 09-23 | KJM CAPITAL TRAN ACH 190923 -SETT-6017UOB | | $12,584.54 | $266,710.07 |
| 09-23 | PROTECTIVE IN CO ACH 190921 ***********01 | | $22,274.98 | $244,435.09 |
| 09-23 | SAGAMORE INS SAGAMORE 190921 ***********02 | | $46,924.63 | $197,510.46 |
| 09-23 | CHECKS TODAY      1 | | $1,000.00 | $196,510.46 |
| 09-24 | 52737389-75 ADVANCE | $350,000.00 | | $546,510.46 |
| 09-24 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $55,000.00 | $491,510.46 |
| 09-24 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $155,000.00 | $336,510.46 |
| 09-24 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $95,000.00 | $241,510.46 |
| 09-24 | AMEX EPAYMENT ACH PMT 190924 COP000004288203 | | $10,000.00 | $231,510.46 |
| 09-24 | KJM CAPITAL TRAN ACH 190924 -SETT-6017UOB | | $12,584.54 | $218,925.92 |
| 09-24 | TRAVELERS BUS INSUR 190923 | | $36,991.10 | $181,934.82 |
| 09-24 | IPFS630-480-8433 IPFSPMTILP 17411 | | $124,410.89 | $57,523.93 |
| 09-25 | 52737389-75 ADVANCE | $300,000.00 | | $357,523.93 |
| 09-25 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $115,000.00 | $242,523.93 |
| 09-25 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $100,000.00 | $142,523.93 |
| 09-25 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $60,000.00 | $82,523.93 |
| 09-25 | CHECKS TODAY      1 | | $9,269.78 | $73,254.15 |
| 09-26 | 52737389-75 ADVANCE_____ | $393,666.22 | | $466,920.37 |
| 09-26 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $68,000.00 | $398,920.37 |
| 09-26 | TREAS.LINK TRANSFER TO ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT CH | | $140,000.00 | $258,920.37 |
| 09-26 | TREAS.LINK TRANSFER TO ACCT 231372691 8932796009 - COMMERCIAL CASH MANAGEMENT CH | | $82,000.00 | $176,920.37 |
| 09-26 | WIRE TRANSFER OUTGOING DOMESTIC - TREASU RY LINK | | $75,000.00 | $101,920.37 |
| 09-26 | KJM CAPITAL TRAN ACH 190926 -SETT-6017UOB | | $1,623.71 | $100,296.66 |
| 09-26 | KJM CAPITAL TRAN ACH 190926 -SETT-6017UOB | | $2,000.00 | $98,296.66 |
| 09-26 | KJM CAPITAL TRAN ACH 190926 -SETT-6017UOB | | $22,814.69 | $75,482.03 |
| 09-26 | KJM CAPITAL TRAN ACH 190926 -SETT-6017UOB | | $49,253.42 | $26,228.61 |
| 09-27 | 52737389-75 ADVANCE | $218,623.06 | | $244,851.67 |
| 09-27 | TREAS.LINK TRANSFER FROM ACCT 231372691 8932831033 - COMMERCIAL CASH MANAGEMENT | $7,000.00 | | $251,851.67 |
| 09-27 | TREAS.LINK TRANSFER TO ACCT 231372691 8932806039 - COMMERCIAL CASH MANAGEMENT CH | | $46,000.00 | $205,851.67 |
| 09-27 | WIRE TRANSFER OUTGOING DOMESTIC - TREASU RY LINK | | $89,000.00 | $116,851.67 |
| 09-27 | AMEX EPAYMENT ACH PMT 190927 COP000004292495 | | $2,599.19 | $114,252.48 |



## Account Activity (Cont. for Acct#      1881)

| Date   Description | Credits | Debits | Balance |
|---|---|---|---|
| 09-27 ASF, DBA Insperi PAYROLL 190926 0003543700 | | $28,718.58 | $85,533.90 |
| 09-27 AMEX EPAYMENT ACH PMT 190927 COP000004292498 | | $35,642.13 | $49,891.77 |
| 09-27 KJM CAPITAL TRAN ACH 190927 -SETT-6017UOB | | $37,500.00 | $12,391.77 |
| 09-30 Ending Balance | | | $12,391.77 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number: 6:19-bk-06302-CCJ

Reporting Period beginning: September 28, 2019    and ending: September 30, 2019

NAME OF BANK: Santander    BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER: KJMCTF Checking

xxxxxx1881

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE N/A | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $0.00 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK:    N/A    BRANCH:    N/A

ACCOUNT NAME:    N/A    ACCOUNT NUMBER: N/A

PURPOSE OF ACCOUNT:    PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $0.00 |
| Plus Total Amount of Outstanding Deposits | $0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 * |
| Minus Service Charges | $0.00 |
| Ending Balance per Check Register | $0.00 |

*Debit cards must not be issued on this account.    N/A

**If Closing Balance is negative, provide explanation:    N/A

The following disbursements were paid in Cash:    ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B

CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

NAME OF BANK:  N/A    BRANCH:    N/A

ACCOUNT NAME:

ACCOUNT NUMBER:    N/A
                   N/A
PURPOSE OF ACCOUNT:    PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:    N/A    BRANCH:    N/A

ACCOUNT NAME:    N/A    ACCOUNT NUMBER: N/A

PURPOSE OF ACCOUNT:    TAX

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $0.00 |
| Plus Total Amount of Outstanding Deposits | $0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 |
| Minus Service Charges | $0.00 |
| Ending Balance per Check Register | $0.00 |

*Debit cards must not be issued on this account.    N/A

**If Closing Balance is negative, provide explanation:    N/A

The following disbursements were paid by Cash:    ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5C

CHECK REGISTER - TAX ACCOUNT

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

NAME OF BANK:    N/A    BRANCH:    N/A

ACCOUNT NAME:    N/A    ACCOUNT NUMBER:    N/A

PURPOSE OF ACCOUNT:    TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE N/A | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL    (d)

SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c) |
| TOTAL | (d) |

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)

(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)

(d) These two lines must be equal.

### ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | (a) |

#### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL | | (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)                    (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4E

MONTHLY SUMMARY OF BANK ACTIVITY - LOCKBOX ACCOUNT

Name of Debtor:  KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019    and ending:    September 30, 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States

NAME OF BANK: N/A                           BRANCH:  N/A

ACCOUNT NAME N/A                         ACCOUNT NUMBER:  N/A

PURPOSE OF ACCOUNT:    LOCKBOX

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | | $0.00 |
| Plus Total Amount of Outstanding Deposits | $0.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $0.00 | * |
| Minus Service Charges | | $0.00 |
| Ending Balance per Check Register | | $0.00 | **(a) |

*Debit cards are used by      N/A

**If Closing Balance is negative, provide explanation:       N/A

The following disbursements were paid in Cash
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____  Transferred to Payroll Account
_____  Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5E**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number: 6:19-bk-06302-CCJ

Reporting Period beginning: September 28, 2019    and ending: September 30, 2019

NAME OF BANK:    N/A    BRANCH: N/A

ACCOUNT NAME:    N/A

ACCOUNT NUMBER:    N/A

PURPOSE OF ACCOUNT:    LOCKBOX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| N/A |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  |  |  | $0.00 |

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:    KJM CAPITAL TRANSPORTATION FUND, LLC    Case Number:    6:19-bk-06302-CCJ

Reporting Period beginning:    September 28, 2019 and ending:    September 30, 2019

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $0.00 | | |

MOR-16

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   KJM CAPITAL TRANSPORTATION FUND, LLC      Case Number:   6:19-bk-06302-CCJ

Reporting Period beginning:   September 28, 2019      and ending:   September 30, 2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Kenneth Meister | Managing Member | N/A | 0 |
| Roxane Kramer | Managing Member | N/A | 0 |
| Shahin Sazej | Managing Member | N/A | 0 |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 4 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 4 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| See Attached Schedule (Ins) | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

☐      Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____